UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDIE DOUGLAS WIDENER,

                Petitioner,

    -against-

J.L. JAMISON,

                Respondent.

23-CV-5281 (JGK)

ORDER TO ANSWER, 28 U.S.C. § 2241

JOHN G. KOELTL, United States District Judge:

    The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    The petitioner's request for expedited review (ECF No. 2) is **granted** in light of the potentially time-sensitive nature of the relief sought. Accordingly, within 21 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within 14 days from the date Petitioner is served with Respondent's answer.

    The Clerk of Court is directed to close ECF No. 2, to mail a copy of this Order to the pro se petitioner, and to note such mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          6/23/23

                                                  JOHN G. KOELTL
                                                  United States District Judge