UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDIE DOUGLAS WIDENER,

                Petitioner,

- against -

J.L. JAMISON,

                RESPONDENT.

23-cv-5281 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received a letter dated July 20, 2023 from the petitioner. The letter has been filed under seal because it contains personal identifying information.

SO ORDERED.

Dated:    New York, New York
            July 25, 2023

                                              John G. Koeltl
                                     United States District Judge